528

### [ HARRISON v. WODDEE ]

John Harrison plaint. ag$^t$ Ensigne Richard Woddee Defendant in an action of the case for that the saide Woddee did injuriously cut down the Fence upon the Land of the saide Harrison claiming interest in the saide Land calling it common Land, pretending Town Order to make the Land common to the damage of the saide Harrison at Least two hundred pounds with other due damages according to Attachm$^t$ Dat. January 15th 1674 . . . the Jury . . . founde for the plaint. two Shillings damage & costs of Court, allowed by the Court twenty Five Shillings & eight pence.

Execucion issued February 8th 1674.

[See the review of this case, Woody v. Harrison, below, p. 651.]

### [ WOODCOCK v. HUES ]

William Woodcock of Hingham plaint. ag$^t$ John Hues of Hingham Cooper Defend$^t$ in an action of the case to the value of three pounds & eight Shillings for Eight cords & a halfe of wood w$^{ch}$ the s$^d$ Hues received of the s$^d$ Woodcock to Freight to Boston in a boate called the Forrester w$^{ch}$ the s$^d$ Hues then went in, in the yeare of our Lord. 1665. or thereabouts, w$^{ch}$ s$^d$ wood the s$^d$ Hues was to deliver to m$^r$ Peter Oliver of Boston on the account of the s$^d$ Woodcock the s$^d$ Hues being paide Freight for the s$^d$ wood; which s$^d$ wood the s$^d$ Woodcock have noe Legall account of with all due damages according to Attachm$^t$ Dat. 16th of Decemb$^r$ 1674. . . . [287 ] The Jury . . . founde for the Defendant costs of Court, allowed by the Court Fourteen Shillings & four pence.

Execucion issued. Jan$^{ry}$ 29$^o$ 1674.